WILLIAM RANKIN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Rankin* v. *City of New York*, 145 App. Div. 838, affirmed.
(Argued February 21, 1912; decided March 8, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 28, 1911, in favor of plaintiff upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to whether a lien against plaintiff's premises for water furnished should be canceled.

*Archibald R. Watson, Corporation Counsel* (*Curtis A. Peters* and *Addison B. Scoville* of counsel), for appellant.

*John Patterson* and *Herbert C. Brinckerhoff* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.